IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Jacqueline Graves, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:10-147-TLW-SVH |
| | ) | |
| vs. | ) | |
| | ) | |
| Globe Life and Accident Insurance | ) | |
| Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

This matter now comes before this Court for review of the Report and Recommendation

("the Report") filed by United States Magistrate Judge Shiva V. Hodges, to whom this case had

previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's

motion to remand be granted. (Doc. # 26). Objections were due by July 9, 2010. No objections

have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate

Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. §

636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required

to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198,

199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons

articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report

and Recommendation is **ACCEPTED.** (Doc. # 26). Therefore, Plaintiff's motion for remand is

**GRANTED**. (Doc. # 15).


    **IT IS SO ORDERED**.


                                                 _____s/Terry L. Wooten_____
                                                 United States District Judge


July 21, 2010
Florence, South Carolina